**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-1481 JRT/FLN**

Stephan Olwell,

Plaintiff,

-vs-

**[redacted]ORDER**

Medical Information Bureau a/k/a/ MIB Group, Inc.,
Osborn Laboratories, and,
Lincoln Benefit Life Company
a/k/a Allstate Financial Group,

Defendants.

---

Pursuant to the foregoing Stipulation, Plaintiff may serve upon the Defendant the Plaintiff's Amended Complaint, which is attached hereto and Defendants are excused from the requirement to file an Answer to the Amended Complaint.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 3/6/02

~~Judge John R. Tunheim~~
United States ~~District Court~~ MAGISTRATE JUDGE

MAR 0 7 2002