**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Stephen Olwell,

Plaintiff,

vs.

Medical Information Bureau a/k/a MIB Group Inc., Osborn Laboratories, and Lincoln Benefit Life Company a/k/a AllState Financial Group,

Defendants.

**Civil No. 01-CIV-1481 JRT/FLN**

**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST OSBORN/CHOICEPOINT**

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Stephen Olwell and ChoicePoint Health Systems Inc. ("ChoicePoint"), as successor to certain liabilities of Osborn Laboratories, Inc. (properly, Osborn Group Inc.), acting through their respective undersigned attorneys, that the above-captioned action may be and hereby is dismissed as to ChoicePoint, with prejudice and on the merits and without costs to any party. This stipulation of dismissal does not apply to plaintiff's claims against any other defendant.

IT IS FURTHER STIPULATED AND AGREED that judgment of dismissal as to ChoicePoint pursuant to this Stipulation may be entered by the Court without further notice to any of the stipulating parties.

FILED MAY 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 03 2002
DEPUTY CLERK

Dated: 4/11, 2002

**THOMAS J. LYONS & ASSOCIATES**

Thomas J. Lyons, Sr., #65699
Thomas J. Lyons, Jr., #249646
342 East County Road D
St. Paul, MN 55117
(651) 770-9707

Attorneys for Plaintiff Stephen Olwell

Dated: May 1, 2002

**FAEGRE & BENSON LLP**

John P. Borger, #9878
Patricia R. Stembridge, #315503
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7501

Attorneys for ChoicePoint Health Systems, Inc., successor to certain liabilities of defendant Osborn Laboratories, Inc.

M2:20450204.01

**ORDER**

IT IS HEREBY ORDERED, that based upon the foregoing Stipulation, the above-captioned action as against ChoicePoint Health Systems Inc. ("ChoicePoint"), as successor to certain liabilities of Osborn Laboratories, Inc. (properly, Osborn Group Inc.), may be and hereby is dismissed with prejudice and on the merits, and without costs to any party. This dismissal does not apply to plaintiff's claims against any other party. The Court finds that there is no just reason for delay in the entry of judgment in favor of ChoicePoint in this action, and pursuant to Rule 54(b) expressly directs entry of judgment in favor of ChoicePoint.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: ________, 2002

BY THE COURT:

______________________
Hon. John R. Tunheim
Judge of United States District Court