UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephan Olwell,

Plaintiff,

v.

Medical Information Bureau, et al.,

Defendant.

Civil No. 01-1481 JRT/FLN

**ORDER**

---

Thomas J. Lyons, for Plaintiff.
Patrick Reinken & Patrick Rooney for Defendant MIB.
Mathew Hunter for Defendant Lincoln Benefit Life Co.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on May 20, 2002, on Motion by Defendant Medical Information *In Limine* to: (1) Preclude Expert Opinion Evidence from Plaintiff; (2) to Preclude Damages Evidence from Plaintiff, and (3) to Compel Production of Documents [#20].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion by Defendant Medical Information *In Limine* to: (1) Preclude Expert Opinion Evidence from Plaintiff; (2) to Preclude Damages Evidence from Plaintiff, and (3) to Compel Production of Documents [#20]. **GRANTED in part** and **DENIED in part**, as follows:

1. Insofar as the Motion seeks to compel any and all documents pertaining to Plaintiff's damages claims it is **GRANTED**, all documents must be produced on or before June 3, 2002;

2. Insofar as the Motion seeks to exclude expert opinion evidence it is **DENIED as MOOT.** Plaintiff has represented to this Court that no expert testimony will be introduced in this case;

3. Insofar as the Motion seeks to compel production of settlement agreement documentation with Osborn Laboratories it is **DENIED**; and

FILED MAY 2 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Insofar as the Motion seeks to compel an independent psychological examination by Dr. Peter Zelles it is **GRANTED**, the examination must be scheduled on or before June 3, 2002.

DATED: MAY 23, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge