THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Stephen Olwell,

Plaintiff,

vs.

Medical Information Bureau a/k/a MIB Group, Inc.; and Lincoln Benefit Life Company a/k/a Allstate Financial Group,

Defendants.

**STIPULATION TO TAKE DEPOSITION OF LABONE REPRESENTATIVES**

Court File No. 01-CV-1481 JRT/FLN

---

Plaintiff Stephen Olwell and Defendants Medical Information Bureau a/k/a MIB Group, Inc. ("MIB"); and Lincoln Benefit Life Company a/k/a Allstate Financial Group ("Lincoln Benefit"), by and through their undersigned counsel, hereby stipulate and agree, and jointly request that the Court issue the incorporated Order in this action, as follows:

1. By prior stipulation among the parties, previously entered as an Order by this Court, discovery was to be completed by June 15, 2002.

2. On or about June 4, 2002, counsel for MIB served deposition notices and related subpoenas on LabOne, which is a successor to certain records and which employs certain former employees of Osborn Laboratories ("Osborn"), a prior defendant in this action. The notices and subpoenas sought deposition of LabOne as a corporation and of Betsy Sears, a LabOne employee previously employed by Osborn, with the depositions scheduled for June 14, 2002, prior to the discovery cut-off.

3. In general, MIB seeks testimony regarding medical tests previously performed, and records previously held by, Osborn and/or its employees. MIB's Fed. R. Civ. P. 30(b)(6) notice on LabOne specifically sought testimony regarding the following issues:

   - the collection of medical specimens from Plaintiff Stephen Olwell by or at the request of Osborn Laboratories ("Osborn");

   - Osborn's original analysis or analyses in relation to those medical specimens,

FILED [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

- Osborn's communications with Lincoln Benefit, with regard to the medical specimens or their analysis or analyses, and

- Osborn's subsequent actions in response to any notification that Plaintiff was disputing the accuracy of any report or analysis relating to him.

4. Due to schedules for LabOne and counsel in this matter, the deposition could not be conducted on the scheduled date of June 14, 2002.

5. Counsel for MIB accordingly sought available dates from all persons involved, confirming July 9, 2002, as the date for the LabOne depositions.

6. This stipulation and Order permit the taking of the referenced depositions on July 9, 2002.

7. Counsel agree that the Court may enter the aforesaid schedule modifications in the form of the Agreed Order below.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Date: July 8, 2002 By ______________________

Patrick J. Rooney (198274)
Patrick A. Reinken (212702)
Attorneys for Defendant Medical Information Bureau a/k/a MIB Group, Inc.
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7951

Date: 7/9/02 By ______________________

Thomas J. Lyons, Sr. (#65699)
Thomas J. Lyons, Jr. (______)

Thomas J. Lyons, Sr.
Thomas J. Lyons & Associates, P.A.
342 East County Road D
St. Paul, Minnesota 55117

Thomas J. Lyons, Jr.
Consumer Justice Center, P.A.
342 East County Road D
St. Paul, Minnesota 55117

Attorneys for Plaintiff

GISLASON & HUNTER, LLP

Date: ______________________ By ______________________

Laura L. Myslis (______)
Matthew Morgan (______)
9900 Bren Road East, Suite 215E
P.O. Box 5297
Minnetonka, MN 55343-2297

Attorneys for Defendant Lincoln Benefit Life Company a/k/a Allstate Financial Group

Date: ______________________ Approved and so Ordered by the Court:

______________________
Franklin L. Noel
Chief Magistrate Judge
United States District Court
District of Minnesota

Date: ______________________ By ______________________________
Thomas J. Lyons, Sr. (______)
Thomas J. Lyons, Jr. (______)

Thomas J. Lyons, Sr.
Thomas J. Lyons & Associates, P.A.
342 East County Road D
St. Paul, Minnesota 55117

Thomas J. Lyons, Jr.
Consumer Justice Center, P.A.
342 East County Road D
St. Paul, Minnesota 55117

Attorneys for Plaintiff

GISLASON & HUNTER, LLP

Date: 7/2/02 By ______________________________
Laura L. Myslis (168932)
Matthew Morgan (______)
9900 Bren Road East, Suite 215E
P.O. Box 5297
Minnetonka, MN 55343-2297

Attorneys for Defendant Lincoln Benefit Life Company a/k/a Allstate Financial Group

Date: July 18 2002

Approved and so Ordered by the Court:

______________________________
Franklin L. Noel
[redacted] Magistrate Judge
United States District Court
District of Minnesota