**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

STEPHAN OLWELL,

Plaintiff,

v.

MEDICAL INFORMATION BUREAU, and LINCOLN BENEFIT LIFE COMPANY,

Defendants.

Civil No. 01-1481 (JRT/FLN)

**ORDER**

---

Thomas J. Lyons, Jr., CONSUMER JUSTICE CENTER, 342 County Road D E, Little Canada, MN 55117, for plaintiff.

Patrick A. Reinken, RIDER BENNETT EGAN & ARUNDEL, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402, for defendant Medical Information.

David D. Alsop and Laura L. Myslis, GISLASON & HUNTER, 9900 Bren Road E, Suite 215E, Minnetonka, MN 55343, for defendant Lincoln Benefit.

This matter is before the Court on plaintiff's request to extend the deadline date to respond to defendants' motions for summary judgment. The Court grants plaintiff's request and the extension is allowed.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's request to extend time in which to respond to defendants' motions for summary judgment is **GRANTED**. Plaintiff has until **September 13, 2002** to respond to the pending motions.

DATED: 8/14/02
at Minneapolis, Minnesota.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED AUG 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK