**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

STEPHEN OLWELL,

Civil No. 01-1481 JRT/FLN

Plaintiff,

v.

**TRIAL NOTICE**

MEDICAL INFORMATION BUREAU, and LINCOLN BENEFIT LIFE COMPANY,

Defendants.

---

Thomas J. Lyons, Jr. CONSUMER JUSTICE CENTER, 342 East County Road D, Little Canada, MN 55117, Thomas J. Lyons, Sr., LYONS & ASSOCIATES, 342 East County Road D, Little Canada, MN 55117, for plaintiff.

Patrick J. Rooney and Patrick A. Reinken, RIDER BENNETT EGAN & ARUNDEL, 333 South Seventh Street, Ste 2000, Minneapolis, MN 55402, for defendant MIB.

David D. Alsop and Laura L. Myslis, GISLASON & HUNTER, 9900 Bren Road East, Suite 215E, Minnetonka, MN 55343-9666, for defendant Lincoln Benefit Life Company.

This matter is scheduled for trial on April 21, 2003 at 9:30 a.m. before the Honorable John R. Tunheim. The trial will be held in Courtroom 13E at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Dated: February 14, 2003
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED FEB 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________