THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Stephen Olwell,

Plaintiff,

vs.

Medical Information Bureau a/k/a MIB Group, Inc.; and Lincoln Benefit Life Company a/k/a Allstate Financial Group,

Defendants.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Court File No. 01-CV-1481 JRT/FLN

---

IT IS HEREBY STIPULATED AND AGREED, by, between, and among the parties hereto, through their respective counsel, that any and all counts or claims asserted by, between, or among the parties, may be and hereby are dismissed with prejudice, on the merits, and without further costs, fees, or disbursements to any of the parties with respect to said counts or claims.

IT IS FURTHER STIPULATED AND AGREED that any party hereto, without notice to the other, may cause judgment of dismissal with prejudice to be entered on such counts or claims, in accord with this stipulation.

FILED 3-21-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 3-21-03
DEPUTY CLERK

DATED: 3/4, 2003

By______________________________
Thomas J. Lyons, Sr. (65699)
Thomas J. Lyons, Jr. (249646)
Attorneys for Plaintiff Stephen J. Olwell

Thomas J. Lyons & Associates
Thomas J. Lyons, Sr. (65699)
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

Consumer Justice Center, P.A.
Thomas J. Lyons, Jr. (249646)
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

RIDER, BENNETT, EGAN & ARUNDEL, LLP

DATED: March 19, 2003

By______________________________
Patrick J. Rooney (198274)
Patrick A. Reinken (212702)
Attorneys for Defendant Medical Information Bureau, a/k/a MIB Group, Inc.
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7996 / (612) 340-7980

GISLASON & HUNTER LLP

DATED: March 5, 2003

By [signature]
Matthew H. Morgan (304657)
Attorneys for Defendant Lincoln Benefit Life Company a/k/a Allstate Financial Group
Suite 215E
9900 Bren Road East
P.O. Box 5297
Minnetonka, MN 55343-2297
Telephone: (952) 933-9900

**ORDER**

Pursuant to the foregoing Stipulation, any and all counts or claims asserted by the parties in the above-referenced lawsuit are hereby dismissed with prejudice, on the merits, and without further costs, fees, or disbursements to any of those parties, and judgment may be entered accordingly.

Dated this 21st day of March, 2003.

BY THE COURT:

John R. Tunheim
United States District Judge
District of Minnesota